IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KEITH CARROLL, an individual and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:17CV860–HEH ) |
| CHESAPEAKE BANK ("CB"), | ) ) ) |
| Defendant. | ) |

### FINAL ORDER

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (ECF No. 3). It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                            /s/
                                        Henry E. Hudson
                                        United States District Judge

Date: Jan. 18, 2018
Richmond, VA